IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD MATHIS,
ADC #141398                                                                                   PLAINTIFF

v.                                     5:08CV00153BSM/HLJ

MS. YORK, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of July, 2008.

*Brian S. Miller*
United States District Judge